133 A.3d 291

PIPELINE SYSTEMS, INC. and Continental
Western Insurance Company, Petitioners

v.

WORKERS' COMPENSATION APPEAL
BOARD (POUNDS), Respondents.

Supreme Court of Pennsylvania.

March 8, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of March, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) [Did t]he Commonwealth Court err[ ] because [§ 601(a)(10), 77 P.S. § 1031] unambiguously provides that the employee must be within the course and scope of his employment at the time he provides aid and is injured, not merely be in the course and scope of his employment *at the time of the emergency arose* as the Commonwealth Court held[?]

Justice EAKIN did not participate in the consideration or decision of this matter.